1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Godinez

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,        )   No.  No. CR 11-00230- EJD
                                     )
12              Plaintiff,           )   [PROPOSED] ORDER CONTINUING
                                     )   THE SENTENCING HEARING TO
13  vs.                              )   SEPTEMBER 12, 2011, at 1:30 p.m.
                                     )
14  FRANCISCO ARMANDO GODINEZ,       )
                                     )
15              Defendants.          )
    _____)
16

17      Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

18  hereby ordered that the sentencing hearing is continued from July 18, 2011, to September 12,

19  2011, at 1:30 p.m..

20  SO ORDERED.

21  Dated: _____July 8_____, 2011

22                                              _____
                                                HONORABLE EDWARD J. DAVILA
23                                              United States District Judge